STANLEY P. LIEBER (57628)
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
tel: 818 888 1811
fax: 818 888 1912
Email: stan@lieberlaw.com

Brian W. Warwick
VARNELL & WARWICK
20 La Grande Blvd.
The Villages, FL 32159
Tel: (352) 753-8600
Fax: (352) 753-8606
Email: bwwarwick@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID GROBER, *an individual* <br><br> Plaintiffs, <br><br> vs. <br><br> MAKO PRODUCTS, INC., JORDAN KLEIN, Sr., JORDAN KLEIN, JR., DOES 1-10, inclusive <br><br> Defendants. | Case No. 2:07-CV-07553 SGL (OPx) <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS INITIAL COMPLAINT FOR FAILURE TO STATE A CLAIM; LACK OF STANDING; AND LACK OF *IN PERSONAM* JURISDICTION** <br><br> Date: February 4, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 <br> Honorable Stephen G. Larson |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, February 4, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom One of the United States District Court for the Central District of California, located at 3470 12th Street, Riverside, California 92501, Defendants will move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), (b)(1), and (b)(2), for an order dismissing this matter in its entirety. Defendants' Motion to Dismiss must be granted because: (1) Plaintiff Grober has failed to state a claim upon which relief can be granted; (2) Plaintiff lacks standing because he alleges no injury; and (3) this Court lacks personal jurisdiction over the Florida Defendants in this matter.

This motion is based on this Notice of Motion as well as the accompanying memorandum of points and authorities in support thereof.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on Friday, December 28, 2007 during which defense counsel, Robert Lauson, stated that Plaintiff would not agree to dismiss his action.

DATED: January 2, 2008.

                                            VARNELL & WARWICK, P.A.

                            By:  s/ Brian W. Warwick
                                  BRIAN W. WARWICK

Attorney for Defendants

STANLEY P. LIEBER
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
tel: 818 888 1811
fax: 818 888 1912
Email: stan@lieberlaw.com

and

BRIAN W. WARWICK
VARNELL & WARWICK, P.A.
20 La Grande Boulevard
The Villages, FL 32159
Telephone: (352) 753-8600
Facsimile: (352) 753-8606
Email: bwwarwick@aol.com

## CERTIFICATE OF DELIVERY

I hereby certify that on the 2nd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Lauson
bob@lauson.com
Edward Schewe
ed@lauson.com

                                                           s/ Brian W. Warwick

3

NOTICE OF MOTION AND MOTION TO DISMISS INITIAL COMPLAINT FOR FAILURE TO STATE A CLAIM, LACK OF STANDING, AND LACK OF *IN PERSONAM* JURISDICTION

Attorney for Defendants

STANLEY P. LIEBER
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
tel: 818 888 1811
fax: 818 888 1912
Email: stan@lieberlaw.com

and

BRIAN W. WARWICK
VARNELL & WARWICK, P.A.
20 La Grande Boulevard
The Villages, FL 32159
Telephone: (352) 753-8600
Facsimile: (352) 753-8606
Email: bwwarwick@aol.com

## CERTIFICATE OF DELIVERY

I hereby certify that on the 2nd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Lauson
bob@lauson.com
Edward Schewe
ed@lauson.com

                                                    s/ Brian W. Warwick

3

NOTICE OF MOTION AND MOTION TO DISMISS INITIAL COMPLAINT FOR FAILURE TO STATE A CLAIM, LACK OF STANDING, AND LACK OF *IN PERSONAM* JURISDICTION