STANLEY P. LIEBER (57628)
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
tel: 818 888 1811
fax: 818 888 1912
Email: stan@lieberlaw.com

Brian W. Warwick (Fla. Bar No.: 0605573)
VARNELL & WARWICK
20 La Grande Blvd.
The Villages, FL 32159
Tel: (352) 753-8600
Fax: (352) 753-8606
Email: bwwarwick@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID GROBER, *an individual*<br><br>Plaintiffs,<br><br>vs.<br><br>MAKO PRODUCTS, INC., JORDAN KLEIN, Sr., JORDAN KLEIN, JR., DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:07-CV-07553 SGL(OPx)<br><br>**(PROPOSED) ORDER ON DEFENDANT'S MOTION TO DISMISS INITIAL COMPLAINT FOR FAILURE TO STATE A CLAIM; LACK OF STANDING; AND LACK OF *IN PERSONAM* JURISDICTION**<br><br>Date: February 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Honorable Stephen G. Larson |

# ORDER

On February 25, 2008, the Court heard the Defendants' motion to dismiss Plaintiff's Initial Complaint for failure to state a claim; lack of standing and for lack of In Personam Jurisdiction.

Having taken under submission Defendants' Motion in the above-designated matter, and after reviewing the authority cited and the arguments of counsel, it is hereby:

ORDERED that the Motion is due to be GRANTED and Plaintiff's Complaint is dismissed with prejudice.

The Court award attorneys fees and costs to Defendants in an amount to be determined after appropriate submissions by Defendants within _____ days of this Order.

DATED: _____  BY:_____
Honorable Stephen G. Larson
United States District Court